Martin R. Berman, Esq. (CSB125325)
Konrad L. Trope, Esq. (CSB133214)
Law Offices of PFLASTER & BERMAN
9100 WILSHIRE BOULEVARD, SUITE 333 EAST
BEVERLY HILLS, CALIFORNIA 90212
Tel:  (310) 445-3581   Fax:  (310) 550-6798

Attorneys for Plaintiff CROWN COACHWORKS, INC.

**FILED & ENTERED**

**MAY 02 2016**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Ogier       DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

**CHANGES MADE BY COURT**

## CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO DIVISION

| | |
|---|---|
| In re: ROGER BERNARD McCLAIN and NENSI SAHINIAN McCLAIN, | Case No. 1:14-bk-10041-VK |
| | Chapter 7 |
| | Adv. No.:  1:14-ap-01058-VK |
| CROWN COACHWORKS, INC., a California Corporation, | **JUDGMENT IN FAVOR OF PLAINTIFF CROWN COACHWORKS, INC.** |
| Plaintiff, | Trial:         February 19, 2016 |
| v. | Time:        9:30 a.m. |
| ROGER BERNARD McCLAIN, | Courtroom: 301 |
| Defendant. | |

The Adversary Proceeding captioned above, came for a trial before the Honorable Victoria Kaufman, United States Bankruptcy Judge at the above time and place.  Following the trial, on April 13, 2016, *to reflect its findings of fact and conclusions of law,* the Court issued a written ruling (see Docket Entry 74), which is ~~attached hereto and~~ incorporated into this Judgment in full.   Therefore, the matter having been fully considered and a decision having been duly rendered,

**IT IS HEREBY ORDERED AND ADJUDGED**:

(1) That judgment on the second claim for relief as set forth in Plaintiff's First Amended Complaint for Determination of Dischargeability of Debt pursuant to 11 U.S.C. § 523(a)(4), is hereby entered in favor of Plaintiff Crown Coachworks, Inc. in the *principal* amount of $56,049.25, plus all accrued interest at the rate of 10% per annum from May 19, 2009 to April 13, 2016 (2520 days), the date of the Court's ruling determining non-dischargeability of debt, at the rate of $15.36 per day in the amount of $38,707.20, with post-judgment interest accruing at the federal rate of 0.55% per annum, plus costs; and,

(2) That judgment on the first and third claims for relief as set forth in Plaintiff's First Amended Complaint for Determination of Dischargeability of Debt pursuant to 11 U.S.C. §§ 523(a)(2) and (a)(6), is hereby entered in favor of Defendant Roger Bernard McClain; and,

(3) That judgment on the fourth claim for relief as set forth in Plaintiff's First Amended Complaint for Determination of Denial or Revocation of Discharge pursuant to 11 U.S.C. § 727(a)(4), is hereby entered in favor of Defendant Roger Bernard McClain.

###

Date: May 2, 2016

Victoria S. Kaufman
United States Bankruptcy Judge