**Martin R. Berman, Esq.** (CSB125325)
**Law Offices of PFLASTER & BERMAN**
5670 WILSHIRE BOULEVARD SUITE 1300
LOS ANGELES, CALIFORNIA 90036
(310) 445-3581    Fax (323) 591-0177

FILED
SEP 2 2 2021
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                      Deputy Clerk

Attorney for Plaintiff:
CROWN COACHWORKS, INC.

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA SAN FERNANDO DIVISION

| | |
|---|---|
| CROWN COACHWORKS, INC., a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>ROGER BERNARD MCCLAIN,<br><br>Defendant. | Case No.:    1:14-bk-10041OVK<br><br>Chapter    7<br><br>Adv. No.:    1:14-ap-01058-VK<br><br>**APPLICATION FOR AN ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER**<br><br>[Rule 4(c)(3), FRCP; Local Rule 4-2] |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Judgment Creditor, CROWN COACHWORKS, INC., a California Corporation, is respectfully making this application for an Order pursuant to the provision of Rule 4(c)(3) of the Federal Rules of Civil Procedures and Rule 4-2 of the Local Rules of Practice of the United States District Court, hereby respectfully request that CalWest Attorney Service, a registered California process server, or such other registered process server, who is at least 18 years of age, of suitable discretion and not a party to the within action, be authorized and appointed to serve the Writs and any other documents requiring service by the United States Marshal in the above case. The U. S. Marshal will remain the Levying Officer.

//

1 | WHEREFORE, CROWN COACHWORKS, INC. Respectfully requests that this Honorable
2 | Court issue the Proposed Order for Service of Process by Registered Process Server.
3
4
5 | Dated: September 14, 2021					LAW OFFICES OF PFLASTER & BERMAN
6
7 |								By _____
								Martin R. Berman, Esq.
								Plaintiff, CROWN COACHWORKS, INC.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Application for Service of Process by Registered Process Server

2